MARIAN M. BARBER *v.* PAUL C. BARBER, JR.
(4140)

DUPONT, C. J., SPALLONE and BIELUCH, Js.

Argued November 5—decision released November 6, 1986

*F. Woodward Lewis, Jr.,* for the appellant (defendant).

*Frederick S. Moss,* for the appellee (plaintiff).

Per Curiam. Our review of the record, transcripts, and briefs submitted in this case fails to disclose that the trial court abused its discretion or otherwise acted contrary to the law.

There is no error.